IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHARLES MOORE, III AND SHIRLEY MOORE,<br>　　Plaintiffs | : | |
| VERSUS | : | CIVIL NO.: 2:11-CV-4 (DF) |
| MANUEL SMITH AND THE WAGGONERS TRUCKING COMPANY<br>　　Defendants | : | |

## ORDER ON STIPULATION TO DISMISS

After considering the parties' stipulation to dismiss, the court GRANTS the stipulation and dismisses the case with prejudice.

**SIGNED this 10th day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE